|  | ORDERED. |
|---|---|
| **Dated: October 24, 2023** | *Grace E. Robson*<br>United States Bankruptcy Judge |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:23–bk–03560–GER
        Chapter 13

Roberto E. Hernandez

_____Debtor*_____/

### *ORDER STRIKING AMENDED SCHEDULE I*

THIS CASE came on for consideration, without hearing, of the Amended Schedule I filed October 24, 2023, Doc. No. 28. The Amended Schedule I is deficient as follows:

> The Amended Schedule I does not contain an appropriate unsworn declaration with signature of the Debtor in compliance with Fed. R. Bankr. P. 1008.

> The Amendment to Schedules does not include an Amended Summary of Your Assets and Liabilities required for reporting purposes in compliance with 28 U.S.C. § 159(c)(3)(A), (B) and/or (C).

> .

Accordingly, it is **ORDERED**:

The Amended Schedule I is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.