United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-03560-GER |
| Roberto E. Hernandez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 28, 2023 | Form ID: Dodrclm | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | U.S. Bank National Association, MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301-5056 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30627551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 28 2023 21:49:00 | U.S. Bank National Association, et al., Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Laurie K Weatherford | ecfdailysummary@c13orl.com |
| Reka Beane | on behalf of Creditor U.S. Bank National Association reka.beane@mccalla.com mccallaecf@ecf.courtdrive.com |
| Roberto E. Hernandez | robert2792@gmail.com |

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 28, 2023 | Form ID: Dodrclm | Total Noticed: 2 |

Toni Townsend  on behalf of Creditor U.S. Bank National Association toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com

United States Trustee - ORL7/13, 7
 USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 5

**[Dodrclm]** [District Order Directing Response to Objection to Claim]

ORDERED.

Dated: November 28, 2023

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:23−bk−03560−GER<br>Chapter 13 |
| Roberto E. Hernandez | |
| _____Debtor*_____/ | |

### ORDER DIRECTING RESPONSE TO OBJECTION TO CLAIM

THIS CASE came on for consideration, without hearing, of the Objection to Claims ("Objection") Enter Regarding Claim #5.1 of U.S. Bank National Association, et al.. filed by Debtor Roberto E. Hernandez on November 20, 2023 , Doc. No. 36 . The Objection is a contested matter governed by Fed. R. Bankr. P. 9014. Accordingly, it is

**ORDERED:**

The Claimant may file a written response to the Objection within thirty (30) days from the date of this order. If no timely response is filed, the Court may without further hearing sustain the Objection, disallowing the claim, or overrule the Objection, allowing the claim as scheduled or filed.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.