IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ROBERTO E. HERNANDEZ    CASE NO. 6:23-bk-03560-GER
                        CHAPTER 13

          Debtor.
_____/

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 3-1**

Creditor, Capital One N.A. ("Capital One"), responds to Debtor's Objection to Claim Number 3-1 (Doc. No. 34) ("Debtor's Objection") and states:

1. On October 13, 2023, Capital One filed its Proof of Claim Number 3-1 ("Claim") in the amount of $3,811.38, which reflects the total amount of debt owed to Capital One for account number xxxxxx8699 ("Account").

2. Attached to the Claim is a Statement of Accounts reflecting the Principal, Interest, and Fees on the Account as of the date of filing, as well as the name of the creditor and last transaction date.

3. Accordingly, the Claim is *prima facie* evidence of the debt at the time of the filing of the case, pursuant to Federal Rule of Bankruptcy Procedure 3001(f).

4. The Debtor's Objection seeks to disallow the Claim and requests documentation to support Capital One' standing.

5. On December 15, 2023, Capital One filed its Amended Proof of Claim Number 3-2 ("Amended Claim"), which includes a Customer Application and Customer Agreement, as well as monthly Account statements from March 2023 through September 2023, all of which reflecting Capital One as the creditor and the Debtor as the borrower on the Account.

6. The Amended Claim contains all the requested documentation and, therefore, complies with Federal Rule of Bankruptcy Procedure 3001(c)(3)(B).

7. Accordingly, Capital One affirms the amount stated in the Amended Claim.

**WHEREFORE**, Creditor respectfully requests the Court overrule the Debtor's Objection to Claim Number 3-1 and for such other and further relief as the Court deems appropriate.

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Capiatl One

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by CM/ECF notice and first-class mail to the parties below this 22nd day of December 2023.

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST-CLASS MAIL**
Roberto E. Hernandez
2102 Meadowmouse St.
Orlando, FL 32837

**VIA CM/ECF NOTICE**
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801