UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Case No.: 6:23bk-03560-GER

Roberto Hernandez

Debtor

FILED
Date: 1/26/2024 @ 3:01PM via: email
Clerk, U.S. Bankruptcy
Orlando Division

RESPONSE TO NOTICE OF MORTGAGE PAYMENT CHANGE
FORM 410S1

Comes now the Debtor Roberto Hernandez response to:
**MORTGAGE PAYMENT CHANGE**, file by the Attorney creditor ReShaundra Suggs on behalf of the U. S. Bank National Association on 01/19/2024.
The attorney representative the creditor filed a form 410S1 indicated the mortgage payment change increase and also file Mr. Cooper Statement indicated the change of interest rate increase from 10.850% to 11.850%, the reason the I file bankruptcy is to keep my house, also I have a modification document date 12/28/2018 where the medication was approved, I made the first payment on 02/2019 but the second payment was rejected by the creditor (Mr. Copper) with not explanation.
After that the creditor return the first payment to my bank account.
I accept this modification offer and made the first payment and then was returned.
This agreement must be honored by the creditor as long as this creditor is the real one.

See Attachment: Approved modification

**Roberto Hernandez**
Debtor

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was delivered to the addressees on the attached mailing list **by E-MAIL** this **26 day of January 2024**

Reshaundra Suggs
Miller, George & Suggs, PLLC
210 N. University Drive, Suite 900
Coral Springs, FL 33701
(786) 268-9954
E-mail: rsuggs@mgs-legal.com
ATTORNEY FOR CREDITOR

Laurie K. Weatherford
P. O. Box 3450
Winter Park, FL 32790
Chapter 13 Trustee
E-mail: info@13orl.com

Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
E-mail: Email: USTP.Region21@usdoj.gov



Mr. Cooper
[illegible] Cypress Waters Blvd,
Coppell [illegible]

[illegible]

[illegible]
ORLANDO, FL [illegible]

[illegible]

[illegible]

* **Proprietary Modification** - [illegible]
* **Short Sale** - [illegible]
* **Deed in Lieu** - [illegible]

[illegible]

[illegible]

**I. Retention Options** [illegible]

**A. Modification** [illegible]

[illegible] **permanent** [illegible]

[illegible]

- You agree that all terms [illegible]...
- [illegible bullet about delinquent monthly payments]
- If you do not comply with the terms of the Trial Period Plan [illegible]

Q. What else should I know about this offer?

- [illegible bullet]
- [illegible]
- If your [illegible]
- We will [illegible]... CREDIT SCORING COMPANIES GENERALLY CONSIDER THE ENTRY INTO A TRIAL PLAN AS AN INCREASED CREDIT RISK. AS A RESULT, ENTERING INTO A TRIAL PERIOD PLAN MAY ADVERSELY AFFECT YOUR CREDIT SCORE, PARTICULARLY IF YOU ARE CURRENT ON YOUR MORTGAGE OR OTHERWISE HAVE A GOOD CREDIT SCORE. [illegible]

Q. Why is there a trial period?

[illegible paragraph]

[illegible paragraph]

Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?

[illegible paragraph]

Modification Program Review

- Proprietary Modification - Approved

[illegible paragraph]

Right to Appeal

[illegible paragraph]

Filing # 124141149 E-Filed 04/01/2021 12:59:07 AM

mr cooper

Western Union® Quick Collect® [illegible]

[illegible] Additional Trial Period Plan Information and Legal Notices and Frequently Asked Questions [illegible]

## Additional Trial Period Plan Information
## And Legal Notices and Frequently Asked Questions

- [illegible]
- [illegible]
- [illegible]

**We must receive each payment in the month in which it is due. If you miss a payment or do not fulfill any other [illegible] Trial Period Plan, this offer will end and your mortgage loan will not be modified.**

- [illegible]

**We will not refer your loan to foreclosure or proceed to foreclosure sale during the Trial Period Plan, provided you are complying with the terms of the Trial Period Plan:**

- [illegible]
- [illegible]
- [illegible]

**If your loan did not previously require you to make monthly escrow payments for taxes and insurance, you may be required to do so:**

- [illegible]
- It's important to know that if this is a first lien mortgage your Trial Period Payments are required to include escrow for property taxes and homeowner's insurance. Your payments may increase to reflect this escrow amount.

Your current loan documents remain in effect. However, you may make the trial period payment instead of [illegible] payment required under your loan documents.



**To Accept this Offer**

[illegible]

[illegible]

**What you need to do.**

[illegible]

| [illegible] | | | | |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 1st payment | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 3rd payment | [illegible] | [illegible] | [illegible] | [illegible] |

**In order for you to successfully complete the Trial Period Plan, we must receive your Trial Period Plan payment on or before the last day of the month shown in the above chart.**

[illegible] **If each total Trial Period Plan payment is not received by the month in which it is due, this offer will be terminated and your loan will not be modified under the** [illegible] **Modification program.**

[illegible]

**Payment Options May Include:**

**Online Payment:** [illegible]

**Speedi-Pay:** [illegible]

**Pay by Mail**
Payee: Mr. Cooper
[illegible]

**MoneyGram Express Payment:** [illegible]