

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/21/2024 09:30 AM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-03560-GER** | 13 | **08/31/2023** |

**Chapter 13**

**DEBTOR:**   Roberto Hernandez

**DEBTOR ATTY:**   NA

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

Confirmation Hearing
1)   Chapter 13 Plan (Doc #5)
US Bank's Objection (Doc #19)
Debtor's Response to US Bank's Objection (Doc #26)
Debtor's (Motion) to Deny US Bank's Objection (Doc #27)
2)   Debtor's Objection to Claim(s). 3.1 of Capital One N.A. (Doc #34)
Capital One's Response to Objection to Claim(s). 3.1 of Capital One N.A. (Doc #41)
3)   Debtor's Objection to Claim(s). 5.1 of U.S. Bank (Doc #36)
US Bank's Response to Objection of Claim   (Doc #42)
4) Debtor's Objection to Notice of Mortgage Payment Change (Doc #51)
Notice of Mortgage Payment Change Related to Claim 5 (Doc dated 1/19/24)
PENDING:
Trustee's Objection to Claim(s). Claim No. 1 of Ashley Funding Services.LLC (Doc #47) filed 1/16/24 w/NN

**APPEARANCES:**:   Roberto Hernandez (Debtor); Laurie Weatherford (Trustee); Lorne Durket (US Bank and Capital One Atty);

**RULING:**
Confirmation Hearing

1)   Chapter 13 Plan   (Doc #5) - cont. to April 17, 2024 at 2:45 pm (AOCNFNG);

 2)   Debtor's Objection to Claim(s). 3.1 of Capital One N.A.   (Doc #34) - Overruled:ORDER BY CHAMBERS;

3)   Debtor's Objection to Claim(s). 5.1 of U.S. Bank   (Doc #36) - Overruled:ORDER BY CHAMBERS;

4) Debtor's Objection to Notice of Mortgage Payment Change   (Doc #51) - Overruled:ORDER BY CHAMBERS;
 (gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.