UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No.: 6:23-bk-03560-GER
Chapter 13

In re:

ROBERTO E. HERNANDEZ,

    Debtor.
_____/

### TRUSTEE'S NOTICE OF FILING SPREADSHEET IN ADVANCE OF THE CONTINUED CONFIRMATION HEARING SCHEDULED FOR APRIL 17, 2024 AT 2:45 P.M., WHICH PROVIDES FOR THE PAYMENT OF ALL SECURED AND/OR PRIORITY CLAIMS

COMES NOW, the Trustee and files the attached spreadsheet in advance of the continued confirmation hearing scheduled for April 17, 2024 at 2:45 p.m., and states as follows:

1. The continued Confirmation Hearing in set in this case for April 17, 2024 at 2:45 p.m..

2. The Debtor filed this Case Pro Se.

3. Under the attached spreadsheet, Debtor is current in plan payments through the January 30, 2024 plan payment date.

4. Under the attached spreadsheet, the Debtor's would need to make all remaining plan payments as shown below in order to provide for the cure and reinstatement of the mortgage and the Claim of the Internal Revenue Service, as follows:

    a.    **Plan Payment due February 29, 2024**    $1,016.60

    b.    **Plan Payment due March 30, 2024**    $1,016.60

c. **Plan payments in an amount *no less* than $9,788.00 per month beginning with the plan payment due on April 30, 2024, and continuing until the final plan payment date of August 30, 2028.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United State Mail, postage prepaid, and/or by Electronic Notification to: All Creditors and Parties in Interest as listed on the attached Court mailing matrix, this 22nd day of February, 2024.

/s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Ana V. DeVilliers, Esq.
Fla. Bar No. 0123201
Post Office Box 3450
Winter Park, FL 32790-3450
Telephone: (407) 648-8841