| DUE DATE | | 23-3560 | | HERNANDEZ | | | | | # 350 | | CLAIM 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30th | | 9/30/2023 | | | 10.0% | | | | MONITORING | | FIRST FRANKLIN | |
| | | Unsecured | | Debtor Pmt | Tee Fee | | ATTY | | FEE | | MEADOWMOUSE ST | |
| | 60 | | 60 | | | | | | | | | |
| 9/30/2023 | 1 | ($0.00) | | $1,018.35 | $101.84 | 1 at | PRO SE | 1 at | PRO SE | | | $916.52 |
| 10/30/2023 | 2 | ($0.00) | | $1,018.35 | $101.84 | | | | | | | $916.52 |
| 11/30/2023 | 3 | ($0.00) | | $1,018.35 | $101.84 | | | | | | | $916.52 |
| 12/30/2023 | 4 | ($0.00) | 4 at | $1,018.35 | $101.84 | | | | | 4 at | | $916.52 |
| 1/30/2024 | 5 | $0.00 | 1 at | $1,018.00 | $101.80 | | | | | 1 at | | $916.20 |
| 2/29/2024 | 6 | $0.00 | | $1,016.60 | $101.66 | | | | | | | $914.94 |
| 3/30/2024 | 7 | $0.00 | 2 at | $1,016.60 | $101.66 | | | | | 2 at | | $914.94 |
| 4/30/2024 | 8 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 5/30/2024 | 9 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 6/30/2024 | 10 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 7/30/2024 | 11 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 8/30/2024 | 12 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 9/30/2024 | 13 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 10/30/2024 | 14 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 11/30/2024 | 15 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 12/30/2024 | 16 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 1/30/2025 | 17 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 2/28/2025 | 18 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 3/30/2025 | 19 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 4/30/2025 | 20 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 5/30/2025 | 21 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 6/30/2025 | 22 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 7/30/2025 | 23 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 8/30/2025 | 24 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 9/30/2025 | 25 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 10/30/2025 | 26 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 11/30/2025 | 27 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 12/30/2025 | 28 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 1/30/2026 | 29 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 2/28/2026 | 30 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 3/30/2026 | 31 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 4/30/2026 | 32 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 5/30/2026 | 33 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 6/30/2026 | 34 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 7/30/2026 | 35 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 8/30/2026 | 36 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 9/30/2026 | 37 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 10/30/2026 | 38 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 11/30/2026 | 39 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 12/30/2026 | 40 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 1/30/2027 | 41 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 2/28/2027 | 42 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 3/30/2027 | 43 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 4/30/2027 | 44 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 5/30/2027 | 45 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 6/30/2027 | 46 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 7/30/2027 | 47 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 8/30/2027 | 48 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 9/30/2027 | 49 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 10/30/2027 | 50 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 11/30/2027 | 51 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 12/30/2027 | 52 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 1/30/2028 | 53 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 2/29/2028 | 54 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 3/30/2028 | 55 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 4/30/2028 | 56 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 5/30/2028 | 57 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 6/30/2028 | 58 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 7/30/2028 | 59 | $0.00 | | $9,788.00 | $978.80 | | | | | | | $3,040.22 |
| 8/30/2028 | 60 | $9.36 | 53 at | $9,788.00 | $978.80 | 59 at | | 59 at | | 53 at | | $3,040.22 |
| | | | | | | | | | | | | |
| liq = $0 | | $9.34 | | $525,888.60 | $52,588.86 | | | | | | | $167,543.82 |
| | | $9,632.97 | | | | | ATTY | | | | | 181638.06 |
| | | 0% | | | | | | | Claim # 350 | | | |

| DUE DATE | | | post pet arr | | pre pet arr | | CLAIM 2 IRS PRIORITY CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30th | 60 | | | | | | | | | | | |
| 9/30/2023 | 1 | | | | | | | | | | | |
| 10/30/2023 | 2 | | | | | | | | | | | |
| 11/30/2023 | 3 | | | | | | | | | | | |
| 12/30/2023 | 4 | | | | | | | | | | | |
| 1/30/2024 | 5 | | | | | | | | | | | |
| 2/29/2024 | 6 | | | | | | | | | | | |
| 3/30/2024 | 7 | 7 at | | 7 at | | | | | | | | |
| 4/30/2024 | 8 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 5/30/2024 | 9 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 6/30/2024 | 10 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 7/30/2024 | 11 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 8/30/2024 | 12 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 9/30/2024 | 13 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 10/30/2024 | 14 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 11/30/2024 | 15 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 12/30/2024 | 16 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 1/30/2025 | 17 | | $1,175.00 | | $4,593.98 | | | | | | | |
| 2/28/2025 | 18 | 11 at | $1,175.00 | 11 at | $4,593.98 | | | | | | | |
| 3/30/2025 | 19 | 1 at | $1,169.24 | 1 at | $4,599.74 | | | | | | | |
| 4/30/2025 | 20 | | | | $5,768.98 | | | | | | | |
| 5/30/2025 | 21 | | | | $5,768.98 | | | | | | | |
| 6/30/2025 | 22 | | | | $5,768.98 | | | | | | | |
| 7/30/2025 | 23 | | | | $5,768.98 | | | | | | | |
| 8/30/2025 | 24 | | | | $5,768.98 | | | | | | | |
| 9/30/2025 | 25 | | | | $5,768.98 | | | | | | | |
| 10/30/2025 | 26 | | | | $5,768.98 | | | | | | | |
| 11/30/2025 | 27 | | | | $5,768.98 | | | | | | | |
| 12/30/2025 | 28 | | | | $5,768.98 | | | | | | | |
| 1/30/2026 | 29 | | | | $5,768.98 | | | | | | | |
| 2/28/2026 | 30 | | | | $5,768.98 | | | | | | | |
| 3/30/2026 | 31 | | | | $5,768.98 | | | | | | | |
| 4/30/2026 | 32 | | | | $5,768.98 | | | | | | | |
| 5/30/2026 | 33 | | | | $5,768.98 | | | | | | | |
| 6/30/2026 | 34 | | | | $5,768.98 | | | | | | | |
| 7/30/2026 | 35 | | | | $5,768.98 | | | | | | | |
| 8/30/2026 | 36 | | | | $5,768.98 | | | | | | | |
| 9/30/2026 | 37 | | | | $5,768.98 | | | | | | | |
| 10/30/2026 | 38 | | | | $5,768.98 | | | | | | | |
| 11/30/2026 | 39 | | | | $5,768.98 | | | | | | | |
| 12/30/2026 | 40 | | | | $5,768.98 | | | | | | | |
| 1/30/2027 | 41 | | | | $5,768.98 | | | | | | | |
| 2/28/2027 | 42 | | | | $5,768.98 | | | | | | | |
| 3/30/2027 | 43 | | | | $5,768.98 | | | | | | | |
| 4/30/2027 | 44 | | | | $5,768.98 | | | | | | | |
| 5/30/2027 | 45 | | | | $5,768.98 | | | | | | | |
| 6/30/2027 | 46 | | | | $5,768.98 | | | | | | | |
| 7/30/2027 | 47 | | | | $5,768.98 | | | | | | | |
| 8/30/2027 | 48 | | | | $5,768.98 | | | | | | | |
| 9/30/2027 | 49 | | | | $5,768.98 | | | | | | | |
| 10/30/2027 | 50 | | | | $5,768.98 | | | | | | | |
| 11/30/2027 | 51 | | | | $5,768.98 | | | | | | | |
| 12/30/2027 | 52 | | | | $5,768.98 | | | | | | | |
| 1/30/2028 | 53 | | | | $5,768.98 | | | | | | | |
| 2/29/2028 | 54 | | | | $5,768.98 | | | | | | | |
| 3/30/2028 | 55 | | | | $5,768.98 | | | | | | | |
| 4/30/2028 | 56 | | | | $5,768.98 | | | | | | | |
| 5/30/2028 | 57 | | | | $5,768.98 | | | | | | | |
| 6/30/2028 | 58 | | | | $5,768.98 | | | | | | | |
| 7/30/2028 | 59 | | | 40 at | $5,768.98 | 59 at | | | | | | |
| 8/30/2028 | 60 | 41 at | | 1 at | $2,975.14 | 1 at | $2,784.48 | 60 at | | | 60 at | |
| | | | | | | | | | | | | |
| liq = $0 | | | $14,094.24 | | $288,867.86 | | $2,784.48 | | | | | |
| | | | 14094.24 | | 288867.86 | | 2784.48 | | | | | |