| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-03560-GER<br>Middle District of Florida<br>Orlando<br>Thu Feb 22 06:13:06 EST 2024 | Capital One N.A.<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Grace E. Robson<br>Orlando<br>, FL |
| U.S. Bank National Association<br>MCCALLA RAYMER LEIBERT PIERCE, LLC<br>Bankruptcy Department<br>110 S.E. 6th Street, Suite 2400<br>Ft. Lauderdale, FL 33301-5056 | U.S. Bank National Association, AS TRUSTEE,<br>Nationstar Mortgage LLC<br>Bankruptcy Department<br>PO BOX 619096<br>Dallas, TX 75261-9096 | Ashley Funding Services, LLC -<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Capital One N.A.<br>American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | Capital One N.A. -<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | First Franklin Financial Corp<br>San Jose, CA 94101 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service -<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| U.S. Bank National Association, et al. -<br>Nationstar Mortgage LLC<br>Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Reka Beane +<br>McCalla Raymer Leibert Pierce, LLC<br>110 S.E. 6th Street, Suite 2400<br>Fort Lauderdale, FL 33301-5056 | Gavin Stewart +<br>Stewart Legal Group, P.L.<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | ReShaundra M Suggs +<br>Miller, George & Suggs PLLC<br>210 N. University Drive<br>Suite 900<br>Coral Springs, FL 33071-7320 |
| Toni Townsend +<br>McCalla Raymer Leibert Pierce LLC<br>110 SE 6th Street, Suite 2400<br>Fort Lauderdale, FL 33301-5056 | Roberto E. Hernandez +<br>2102 Meadowmouse St.<br>Orlando, FL 32837-7413 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20