**ORDERED.**

**Dated: February 21, 2024**

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | ) |
| | ) |
| Roberto E. Hernandez, | ) Case No. 6:23-bk-03560-GER |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) |

**ORDER OVERRULING (1) OBJECTION TO CLAIM 3, (2) OBJECTION TO CLAIM 5, AND (3) OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

THIS CASE came before the Court on February 21, 2024 at 9:30 a.m. upon the *Notice of Objection to Proof of Claim No. 3.1* (the "Objection to Claim 3") (Doc. No. 34) filed by Roberto E. Hernandez ("Debtor") and the Response (Doc. No. 41) thereto filed by Capital One,[1] the *Notice of Objection to Proof of Claim No. 5.1* (the "Objection to Claim 5") (Doc. No. 36) filed by Debtor and the Response (Doc. No. 42) thereto filed by U.S. Bank,[2] and the *Response to Notice of Mortgage Payment Change Form 410S1* (the "Objection to Notice of Mortgage Payment Change") (Doc. No. 51) filed by Debtor. Having considered the aforementioned pleadings and the record, and for the reasons stated in open court, it is

---

[1] *Response to Debtor's Objection to Claim Number 3-1* (Doc. No. 41) filed by Capital One N.A. ("Capital One").
[2] *Response to Notice of Objection to Proof of Claim No. 5.1* (Doc. No. 42) filed by U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle Bank, National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-1 ("U.S. Bank").

**ORDERED**:

1. The Objection to Claim 3 (Doc. No. 34) is **OVERRULED**.

2. The Objection to Claim 5 (Doc. No. 36) is **OVERRULED**.

3. The Objection to Notice of Mortgage Payment Change (Doc. No. 51) is **OVERRULED**.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.