United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-03560-GER |
| Roberto E. Hernandez | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdfdoc | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Capital One N.A., P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | + | U.S. Bank National Association, MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301-5056 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2024 21:40:00 | U.S. Bank National Association, AS TRUSTEE, SUCCES, Nationstar Mortgage LLC, Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9741, UNITED STATES 75261-9096 |
| 30684890 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2024 21:42:14 | Capital One N.A., American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 30586718 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2024 21:42:10 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 30627551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2024 21:40:00 | U.S. Bank National Association, et al., Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 4

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024                  Signature:      /s/Gustava Winters

| District/off: 113A-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdfdoc | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Capital One N.A. bk@stewartlegalgroup.com |
| Laurie K Weatherford | ecfdailysummary@c13orl.com |
| ReShaundra M Suggs | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL bankruptcy@mgs-legal.com |
| Reka Beane | on behalf of Creditor U.S. Bank National Association reka.beane@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Roberto E. Hernandez | robert2792@gmail.com |
| Toni Townsend | on behalf of Creditor U.S. Bank National Association toni.townsend@mccalla.com  mccallaecf@ecf.courtdrive.com |
| United States Trustee - ORL7/13, 7 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 7

**ORDERED.**

Dated: February 21, 2024

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Roberto E. Hernandez, ) | Case No. 6:23-bk-03560-GER |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |

**ORDER OVERRULING (1) OBJECTION TO CLAIM 3, (2) OBJECTION TO CLAIM 5, AND (3) OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

THIS CASE came before the Court on February 21, 2024 at 9:30 a.m. upon the *Notice of Objection to Proof of Claim No. 3.1* (the "Objection to Claim 3") (Doc. No. 34) filed by Roberto E. Hernandez ("Debtor") and the Response (Doc. No. 41) thereto filed by Capital One,[1] the *Notice of Objection to Proof of Claim No. 5.1* (the "Objection to Claim 5") (Doc. No. 36) filed by Debtor and the Response (Doc. No. 42) thereto filed by U.S. Bank,[2] and the *Response to Notice of Mortgage Payment Change Form 410S1* (the "Objection to Notice of Mortgage Payment Change") (Doc. No. 51) filed by Debtor. Having considered the aforementioned pleadings and the record, and for the reasons stated in open court, it is

---

[1] *Response to Debtor's Objection to Claim Number 3-1* (Doc. No. 41) filed by Capital One N.A. ("Capital One").
[2] *Response to Notice of Objection to Proof of Claim No. 5.1* (Doc. No. 42) filed by U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle Bank, National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-1 ("U.S. Bank").

**ORDERED**:

1. The Objection to Claim 3 (Doc. No. 34) is **OVERRULED**.

2. The Objection to Claim 5 (Doc. No. 36) is **OVERRULED**.

3. The Objection to Notice of Mortgage Payment Change (Doc. No. 51) is **OVERRULED**.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.