**ORDERED.**

**Dated: February 26, 2024**

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                            Case No.: 6:23-bk-03560-GER
                                                  Chapter 13

ROBERTO E. HERNANDEZ,

      Debtor(s).
_____/

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO
CLAIM NUMBER 1 OF ASHLEY FUNDING SERVICES, LLC**

THIS CASE came on for consideration without a hearing upon the Trustee's Objection to Claim Number 1 of ASHLEY FUNDING SERVICES, LLC (Document No. 47). The Court being fully informed in the premises, finds that as no party filed a response in opposition to the Trustee's Objection, that the Objection has merit and should be sustained. Accordingly, it is hereby

**ORDERED AND ADJUDGED AS FOLLOWS:**

1. That the Trustee's Objection to Claim Number 1 is sustained.

2. That Claim Number 1 of ASHELY FUNDING SERVICES, LLC is disallowed.

**Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within three (3) days of the entry of the order**