UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No. 6:23-bk-03560-GER
Chapter 13

In re:

ROBERTO E. HERNANDSEZ,

    Debtor.
_____/

### CERTIFICATE OF SERVICE OF ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 1 OF ASHLEY FUNDING SERVICES, LLC (DOCUMENT NO. 59)

**I HEREBY CERTIFY** that a true and correct copy of the Order Sustaining Trustee's Objection to Claim No. 1 of ASHLEY FUNDING SERVICES, LLC (Document No. 59), was furnished by regular U.S. Mail, postage prepaid, and/or by Electronic Notification, to: Roberto E. Hernandez, Pro Se Debtor, 2102 Meadowmouse Street, Orlando, FL 32837; ASHLEY FUNDING SERVICES, LLC, by Certified Mail to: c/o Officer, Manager or General/Registered Agent, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-05870; ASHLEY FUNDING SERVICES, LLC, by Certified Mail to: Brandie McCann, Claims Processor, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587; and to ASHLEY FUNDING SERVICES, LLC, c/o Brandie McCann, Claims Processor, Resurgent Capital Services at: askbk@resugent.com; this 26th day of February, 2024.

                                                /s/ Laurie K. Weatherford
                                                Laurie K. Weatherford, Trustee
                                                Stuart Ferderer, Esq.
                                                Fla. Bar No. 0746967
                                                Ana V. De Villiers, Esq.
                                                Fla. Bar No. 0123201
                                                P.O. Box 3450
                                                Winter Park, FL 32790
                                                (407) 648-8841