[Dodipaf] [District Order Directing Immediate Payment of Appeal Filing Fee – Bankruptcy]

ORDERED.

Dated: April 12, 2024

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              Case No. 6:23−bk−03560−GER
                                                    Chapter 13

Roberto E. Hernandez


_____Debtor*_____/

ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE

   THIS CASE came on for consideration on the Notice of Appeal filed by Debtor Roberto E. Hernandez ("Appellant") on April 9, 2024, Doc. No. 61.

   The record reflects that Appellant has not paid the filing fee as required by Federal Rule of Bankruptcy Procedure 8003(a)(3)(C). Accordingly, it is

   **ORDERED:**

   1. Not later than April 23, 2024, Appellant shall pay to the clerk the sum of $298.00 representing the filing fee remaining unpaid.

   2. The Appellant, if not represented by counsel, shall pay the filing fee, in the form of <u>cashier's check or money order only</u>, made payable to Clerk, U.S. Bankruptcy Court and delivered to <u>or received by mail addressed to</u>:

For Tampa and Ft. Myers cases:

Clerk, U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

For Orlando cases:

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street Suite 5100
Orlando, FL 32801

For Jacksonville cases:

Clerk, U.S. Bankruptcy Court
Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 3–150
Jacksonville, FL 32202

    3. If Appellant does not pay the filing fee as set forth above, the Court will enter an order dismissing the appeal without further notice or hearing.


The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.