United States Bankruptcy Court
Middle District of Florida

In re:                                                                                      Case No. 23-03560-GER
Roberto E. Hernandez                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6                       User: admin                                      Page 1 of 2
Date Rcvd: Apr 23, 2024                    Form ID: pdfdoc                                  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | U.S. Bank National Association, MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301-5056 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30627551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2024 21:34:00 | U.S. Bank National Association, et al., Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024                         Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Capital One N.A. bk@stewartlegalgroup.com |
| Laurie K Weatherford | ecfdailysummary@c13orl.com |
| ReShaundra M Suggs | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL |

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 23, 2024 | Form ID: pdfdoc | Total Noticed: 2 |

ASSOCIATION, AS TRUSTEE FOR MERRIL bankruptcy@mgs-legal.com

Reka Beane
    on behalf of Creditor U.S. Bank National Association reka.beane@mccalla.com mccallaecf@ecf.courtdrive.com

Roberto E. Hernandez
    robert2792@gmail.com

Toni Townsend
    on behalf of Creditor U.S. Bank National Association toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com

United States Trustee - ORL7/13, 7
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 7

[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

**Dated: April 19, 2024**

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:23−bk−03560−GER
Chapter 13

Roberto E. Hernandez

_____Debtor*_____/

**ORDER DENYING MOTION FOR EVIDENTIARY HEARING**

THIS CASE came on for consideration without a hearing of the **Motion for Evidentiary Hearing** (Doc. **65** ), filed by **Debtor Roberto Hernandez** .

The Court having considered the record, the Motion for Evidentiary Hearing is Denied .

Debtor objects to U.S. Bank National Association's standing as a creditor.

For the reasons announced at a hearing conducted on April 17, 2024 as well as the Court's Order Overruling (1) Objection to Claim 3, (2) Objection to Claim 5, and (3) Objection to Notice of Mortgage Payment Change (Doc. No. 57), the request sought in the motion is denied.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.