UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

CASE NO.: 6:23-bk-03560-GER
Chapter 13

In re:

ROBERTO E. HERNANDEZ,

    Debtor(s).
_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO FILE A FEASIBLE CHAPTER 13 PLAN**

COMES NOW, Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee for the Middle District of Florida, Orlando Division, and shows:

1. The Debtor filed this case on August 31, 2023.

2. The Chapter 13 Plan filed by the Debtor on August 31, 2023 (Document No. 5), fails to provide for the cure and reinstatement of the mortgage and results in negative cash flow for the entire plan term. The Debtor's Plan fails to provide for the 19% Trustee Administrative Fee pursuant to the Bankruptcy Code.

3. During the continued Confirmation Hearing held on April 17, 2024, the Court denied confirmation of the Chapter 13 Plan filed by the Debtor and directed the Debtor to file an Amended Chapter 13 Plan on or before April 30, 2024 and continued the Confirmation Hearing until June 5, 2024 at 2:00 p.m.

4. On April 18, 2024, the Trustee filed with the Court her Notice of Filing Updated Spreadsheet in Advance of the continued Confirmation Hearing set for June 5, 2024 at 2:00 p.m. which provides for the cure and reinstatement of the Mortgage (Document No. 67). Based upon

the Claim filed by the mortgage creditor (Claim 5), in order to provide for the cure and reinstatement of the mortgage, the Debtor's plan payments would have to increase to $10,138.00 per month, beginning with the plan payment due on June 30, 2024.

5. The Schedule I filed by the Debtor on October 27, 2023 reflects that the Debtor's NET monthly income is $3,285.00, and Schedule J filed with the Court on August 31, 2023 reflects Debtor has monthly expenses of $3,128.35 (including an expense of $1,018.35 as a mortgage payment). If this mortgage payment, which is being provided for in the Chapter 13 Plan as filed, is removed from Schedule J expense calculations, the Debtor's actual monthly expenses are $2,110.00, which would leave disposable income of $1,175.00 per month.

6. On April 30, 2024, the Debtor filed with the Court a Notice of Plan Restructuration (Document No. 71), which seems to indicate that the Debtor could afford a plan payment of $2,500.00 per month.

7. The Debtor did not file an Amended Plan on or before April 30, 2024 as directed by the Court.

8. Based upon the Trustee's review of the Debtor's Schedules I and J, the Debtor's Notice of Restructuration and the Secured and Priority Claim filed in this case, it does not appear that the Debtor has sufficient income to fund a plan which would provide for the cure and reinstatement of the mortgage claim and the payment of the IRS priority debt claim.

9. The Bankruptcy Code requires that the Debtor file a Plan which provides for the treatment of secured, priority and unsecured creditors. The Debtor is also required to commit all disposable income into the Estate for the benefit of creditors.

WHEREFORE, for all of the reasons stated above, the Trustee moves this Honorable Court for an order dismissing this case and for any such other relief as is just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy was furnished by United States Mail, and/or by Electronic Notification, to: All Creditors and Parties in Interest as listed on the attached Court Mailing Matrix, this 2nd day of May, 2024.

/s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esquire
Fla. Bar No. 0746967
Ana V. De Villiers, Esq.
Fla. Bar  No. 0123201
Post Office Box 3450
Winter Park, FL 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665

Exhibit "A"

## Plan Payment Schedule

Which Debtor: **PETER E WILLIAMS**  Schedule Number: **1**

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action / Note |
|---|---|---|---|---|---|---|
| 4/1/2023 | 4.00 | $6,215.20 | MONTHLY | PETER E WILLIAMS | 4/13/2023 | None |
| 8/1/2023 | 56.00 | $13,745.00 | MONTHLY | PETER E WILLIAMS | 4/13/2023 | None |

Number of Periods: **60**

## Report of Receipts

| Date | Receipt # | | Description | Amount |
|---|---|---|---|---|
| 6/5/2023 | 108715 | | Nationwide TFS Receipt | $6,216.00 |
| 5/24/2023 | 108644 | | Nationwide TFS Receipt | $6,216.00 |