UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No.: 6:23-bk-03560-GER
Chapter 13

**In re:**

**ROBERTO E. HERNANDEZ,**

    Debtor(s).

_____/

## NOTICE SCHEDULING PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN THAT**:

1. The Honorable Judge Grace E. Robson will conduct a Preliminary Hearing in this case on **JUNE 5, 2024 AT 2:00 P.M.,** at the United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, Courtroom 6D, 6th Floor, Orlando, FL 32801, on the following matters:

| | | |
|---|---|---|
| 04/30/2024 | 71<br>(147 pgs) | Notice *of plan Restructuration* Filed by Debtor Roberto E. Hernandez. (Dana L.) (Entered: 04/30/2024) |
| 05/02/2024 | 72<br>(6 pgs;<br>2 docs) | Motion to Dismiss Case *for Failure to File a Feasible Chapter 13 Plan*. Filed by Trustee Laurie K Weatherford (related document(s)71, 68, 67). (Attachments: # 1 Mailing Matrix) (Weatherford, Laurie) (Entered: 05/02/2024) |

2.  All parties may attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 no later than 3 p.m. one business day before the date of the hearing to arrange to participate.

3.  Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.  The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served via U.S. First Class Mail or Electronic Transmission to: All Creditors and Parties in Interest as shown on the attached Court Mailing Matrix, this 2ND day of May, 2024.

/s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esquire
Fla. Bar No. 0746967
Ana V. De Villiers, Esquire
Fla. Bar No. 0123201
Post Office Box 3450
Winter Park, FL 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665